**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF  NORTHERN DISTRICT OF CALIFORNIA**
**Case No. CV 245826**
**Plaintiff:** Laurence Jay Shaw

**Defendant:** Edwin Dario Manzano Garcia

**CROSS-COMPLAINT**

Defendant, Edwin Dario Manzano Garcia by and through their undersigned counsel, hereby files this Cross-Complaint against Plaintiff, Laurence Jay Shaw, and in support thereof states as follows:

## I. INTRODUCTION

Plaintiff Laurence Jay Shaw has filed a Complaint against Defendant alleging violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"). However, Plaintiff has an outstanding debt to Defendant in the amount of $84,000.00 USD, which remains unpaid. Defendant seeks to recover this debt through this Cross-Complaint.

## II. PARTIES

1. Cross-Complainant: Edwin Dario Manzano Garcia  [Calle Principal Callejon Don Damian, Panajachel, Solola, Guatemala, 00502]

2. Cross-Defendant: Laurence Jay Shaw, [99 Yosemite Road, San Rafael, CA, 94903, United States.]

## III. JURISDICTION AND VENUE

1. This Court has jurisdiction over this Cross-Complaint because it arises out of the same transaction or occurrence that is the subject matter of Plaintiff's original Complaint.

2. Venue is proper in this Court because [The Defendant resides in this county].

## IV. FACTS