UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAURENCE JAY SHAW,
Plaintiff,

v.                                              Case No. 24-cv-05826-HSG

EDWIN DARIO MANZANO GARCIA,
KNIGHTSBRIDGE SLEEP SOLUTIONS LLC, VERONICA
ROSIBEL MANZANO GARCIA, Defendants.


In response to Plaintiff's motion for entry of default, Defendant Knightsbridge Sleep Solutions LLC asserts that it did attempt to file a timely answer to the complaint, but the package containing the court documents was returned to sender because it was sent to the incorrect address.

Defendant's main office is located at 4801 Lang Avenue, Albuquerque, New Mexico, and Defendant had prepared its answer within the 21-day deadline.

However, Defendant was unable to figure out how to upload the answer to the Pacer system until recently, and therefore the answer was not filed with the court on time.

Defendant's failure to file a timely answer was not due to a lack of diligence or a desire to avoid service, but rather due to a technical error.

Therefore, Defendant Knightsbridge Sleep Solutions LLC respectfully requests that the court dismiss Plaintiff's motion to enter default against Defendant. Defendant has demonstrated that its failure to file a timely answer was not due to a lack of diligence or a desire to avoid service, but rather due to a technical error. Defendant has now filed its answer to the complaint and is prepared to proceed with the litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of November 2024 at Albuquerque, New Mexico, united States.

Knightsbridge Sleep Solutions LLC

Defendant *(Pro Se)*