Laurence Jay Shaw
99 Yosemite Road
San Rafael, CA 94903
(415) 812-6203
larry@knightsbridgedualband.com

*Pro se*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE JAY SHAW, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWIN DARIO MANZANO GARCIA, an individual, a/k/a EDWIN MANZONI; KNIGHTSBRIDGE SLEEP SOLUTIONS LLC, a New Mexico corporation; and VERONICA ROSIBEL MANZANO GARCIA, an individual,<br><br>    Defendants. | Case No. 4:24-cv-05826-HSG<br><br>**REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT KNIGHTSBRIDGE SLEEP SOLUTIONS LLC** |

1  I, Plaintiff Laurence Jay Shaw, respectfully submit this reply in support of Plaintiff's Notice of Motion and Motion for Default Judgment (Dkt. No. 58; "Motion for Default Judgment") filed on March 11, 2025.  As per the Declaration of Notice to Defendant Knightsbridge Sleep Solutions LLC of Plaintiff's Motion for Default Judgment (Dkt. No. 59), defendant Knightsbridge Sleep Solutions (the "Counterfeit LLC") has been provided notice of the Motion for Default Judgment.  No opposition has been submitted by the Counterfeit LLC by the 14-day deadline of March 25, 2025 as per Local Rule 7-3(a).  Each of the Claims of my Motion for Default Judgment is supported by evidence and well-pleaded, and it is requested that default judgment be granted as per the [Proposed] Order Granting Default Judgment Against Defendant Knightsbridge Sleep Solutions LLC of Dkt. No. 58-3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 29th day of March 2025 at San Rafael, California.

/Laurence Jay Shaw/
───────────────────────────
Laurence Jay Shaw
Plaintiff (*pro se*)