UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE JAY SHAW,<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN DARIO MANZANO GARCIA, et al.,<br><br>    Defendants. | Case No. 24-cv-05826-HSG<br><br>**ORDER TERMINATING AS MOOT APPLICATIONS FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. Nos. 4, 24, 35, 54, 55 |

In August 2024, pro se Plaintiff Laurence Jay Shaw filed an application for a temporary restraining order ("TRO"). *See* Dkt. No. 4. Plaintiff alleges that Defendants Edwin Dario Manzano Garcia and Veronica Rosibel Manzano Garcia were previously employees of Plaintiff's company in Guatemala. *See* Dkt. No. 1 ("Compl.") at ¶ 1. Plaintiff alleges that in October 2023, they "seized" online and physical assets from Plaintiff's company, and began operating their own "counterfeit" company, Defendant Knightsbridge Sleep Solutions LLC. *Id.* According to the complaint, Mr. Garcia and Ms. Garcia reside in Guatemala, and Knightsbridge is a New Mexico limited liability company. *See id.* at ¶¶ 1, 7–9, 45.

The Court directed Plaintiff to serve the individual Defendants consistent with the Inter-American Service Convention and Additional Protocol ("IACAP"). Dkt. No. 19. The Court gave Plaintiff until March 28, 2025, to do so. *See* Dkt. No. 47. In the meantime, the Court explained that it would hold the application for a TRO, Dkt. No. 4, in abeyance until Defendants all had been properly served. *Id.* In the intervening months, however, Plaintiff has filed serial applications for TROs. *See* Dkt. Nos. 24, 35, 52, 54. Plaintiff has also filed a second motion for issuance of letters rogatory, Dkt. No. 56, and a motion for default judgment against Defendant Knightsbridge Sleep Solutions LLC, Dkt. No. 58.

1  Having reviewed the docket, it appears that Plaintiff intended for the more recent TRO applications to supersede those that came before.  The Court therefore **TERMINATES AS MOOT** Dkt. Nos. 4, 24, and 35.  Plaintiff also filed a "supplemental" TRO application regarding alleged conduct that occurred after the entry of default against Defendant Knightsbridge Sleep Solutions LLC.  *See* Dkt. No. 54.  However, Plaintiff has since indicated that the discrete issue in that supplemental application has been resolved, and he seeks to withdraw Dkt. No. 54.  *See* Dkt. No. 55.  The Court therefore **TERMINATES AS MOOT** Dkt. Nos. 54 and 55 as well.

The Court reassures Plaintiff that it has received his filings and will address them in due course.  Plaintiff should not continue to file serial motions until the Court has addressed those that remain pending.

**IT IS SO ORDERED.**

Dated:   3/31/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge