1  Laurence Jay Shaw
2  99 Yosemite Road
   San Rafael, CA 94903
3  (415) 812-6203
   larry@knightsbridgedualband.com

4  *Pro se*

5

                    **UNITED STATES DISTRICT COURT**
6
                    **NORTHERN DISTRICT OF CALIFORNIA**
7
                                                ) **Case No. 4:24-cv-05826-HSG**
8                                               )
   LAURENCE JAY SHAW, an individual,            )
9                                               )
                Plaintiff,                      )
10                                              )
          v.                                    )
11                                              )
   EDWIN DARIO MANZANO GARCIA, an               )
12 individual, a/k/a EDWIN MANZONI;             ) **STATEMENT REGARDING CONTINUING**
   KNIGHTSBRIDGE SLEEP SOLUTIONS LLC,)           **UNLAWFUL SABOTAGE IN SUPPORT OF**
13 a New Mexico corporation; and                ) **PLAINTIFF'S MOTION FOR DEFAULT**
   VERONICA ROSIBEL MANZANO GARCIA,)             **JUDGMENT AGAINST DEFENDANT**
14 an individual,                               ) **KNIGHTSBRIDGE SLEEP SOLUTIONS**
                                                ) **LLC**
15              Defendants.                     )
                                                )

16

17

18

19

20

21

22

23

24

25

26

27

28

I, plaintiff Laurence Jay Shaw, respectfully submit this Supplemental Brief in support of the pending Plaintiff's Motion for Default Judgment against Defendant Knightsbridge Sleep Solutions LLC ("Motion for Default Judgment") filed on March 11, 2025 (Dkt. No. 58).

At 4:14 am on July 9, 2025, defendant Edwin Dario Manzano Garcia ("Mr. Garcia"), operating on behalf and for the benefit of defendant Knightsbridge Sleep Solutions LLC (the "Counterfeit LLC"), filed a Digital Millennium Copyright Act takedown notice (the "Takedown Notice") fraudulently claiming ownership of content posted at dualbandchinstrap.com and citing that content against my company's website (the "Plaintiff's Website") which utilizes the domain name knightsbridgedualband.com (Declaration in Support of Supplemental Brief in Support of Plaintiff's Motion for Default Judgment against Defendant Knightsbridge Sleep Solutions LLC ("Supplemental Declaration") ¶ 1).  The Takedown Notice is fraudulent for essentially the same reasons as described in (i) the Motion for Default Judgment § V(D) with regards to the fraudulent takedown notice of January 26, 2024, and (ii) Dkt. No. 54 with regards to the fraudulent takedown notice of February 12, 2025, *i.e.*, I am the copyright owner of all content on Plaintiff's Website as per the Declaration of Shaw Regarding Genesis and Ownership of Shaw's Copyrights (Dkt. No. 5).

The Takedown Notice has resulted Plaintiff's Website being taken offline by the website service provider (*see* Supplemental Declaration ¶ 4).  Plaintiff's Website is the central operational asset of my company and its takedown is resulting in loss of revenues, disruption of services, and reputational harm.

This latest act of sabotage further highlights that I am suffering severe prejudice by lack of default judgment as per the first prong of the test of *NewGen, Ltd. Liab. Co.* v *Safe Cig, Ltd. Liab. Co.*, 840 F.3d 606, 616 (9th Cir.  2016).  Not only is the Counterfeit Organization continuing to unlawfully harvest revenues utilizing the intellectual properties addressed in the Motion for Default

1

STATEMENT REGARDING CONTINUING UNLAWFUL SABOTAGE ISO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT KNIGHTSBRIDGE SLEEP SOLUTIONS LLC
(CASE NO. 4:24-CV-05826-HSG) – JUDGE HAYWOOD S. GILLIAM, JR.

Judgment (the "Intellectual Properties"), Mr. Garcia continues to sabotage my operations, including via use of the Intellectual Properties.  Mr. Garcia has now filed three fraudulent DMCA takedown notices against me (Complaint Claim 5, Dkt. No. 54, and Supplemental Declaration ¶ 1).

I am the victim of -- in addition to counterfeiting, utilizing physical and electronic assets stolen from me (see Complaint ¶¶ 36, 40), via unauthorized use of intellectual properties including trademarks and designation of origin my ownership of which is a matter public record (Complaint ¶ 24, Motion for Default Judgment ¶¶ V(B)(1)(a) and (b)) -- a campaign of unlawful sabotage of core operational assets of my businesses which has now extended over 20 months, and I respectfully entreat the Court to provide injunctive relief at the earliest possible date.

Respectfully submitted this 11th day of July:

>X: /Laurence Jay Shaw/
>Laurence Jay Shaw
>Plaintiff, *pro se*

---

2
STATEMENT REGARDING CONTINUING UNLAWFUL SABOTAGE ISO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT KNIGHTSBRIDGE SLEEP SOLUTIONS LLC
(CASE NO. 4:24-CV-05826-HSG) – JUDGE HAYWOOD S. GILLIAM, JR.