**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

LAURENCE JAY SHAW,
**Plaintiff,**

v.

EDWIN DARIO MANZANO GARCIA, VERONICA ROSIBEL MANZANO GARCIA, and KNIGHTSBRIDGE SLEEP SOLUTIONS LLC,
Defendants.

Case No.: 4:24-cv-05826-HSG

## DEFENDANT EDWIN DARIO MANZANO GARCIA'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS PURSUANT TO RULE 12(b)(5)

### I. INTRODUCTION

Defendant Edwin Dario Manzano Garcia, appearing pro se, hereby moves the Court to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process.

Plaintiff Laurence Jay Shaw has failed to properly serve Defendant Edwin Dario Manzano Garcia as required under Federal Rule of Civil Procedure 4. While service may have been attempted on Knightsbridge Sleep Solutions LLC, no personal service was made on Mr. Garcia as an individual defendant.

### II. LEGAL STANDARD

Under Rule 12(b)(5), a defendant may move to dismiss a complaint due to improper service of process. Proper service is a prerequisite for personal jurisdiction. Service on an LLC or another party does not constitute valid service on an individual unless the person served is authorized to accept service for the individual defendant.

### III. ARGUMENT

Plaintiff has not served Mr. Garcia personally, nor has Plaintiff obtained court approval for alternative service under international conventions or Rule 4(f). Plaintiff's own filings and status reports demonstrate that he attempted service only on Knightsbridge Sleep Solutions LLC.

No summons or complaint has been personally served on Mr. Garcia in the United States or

abroad. Therefore, the Court lacks personal jurisdiction over him, and the action should be dismissed as to this defendant.

## IV. CONCLUSION

Because Plaintiff failed to effect proper service on Edwin Dario Manzano Garcia, this Court should dismiss the claims against him without prejudice under Rule 12(b)(5).

Respectfully submitted,

DATED: 07-12-2025

/s/ Edwin Dario Manzano Garcia
Defendant, Pro Se

Main Street, Firemen Alley, Panajachel, Solola, Guatemala

edwin@dualbandchinstrap.com

+1 415-649-6684

**DECLARATION OF EDWIN DARIO MANZANO GARCIA**

I, Edwin Dario Manzano Garcia, declare as follows:

1. I am the named Defendant in the above-captioned case.
2. I have not been personally served with a summons or complaint in this case.
3. I am not aware of any individual authorized to accept service on my behalf having been served.
4. I make this declaration under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 07-12-2025

_____
Edwin Dario Manzano Garcia