## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

Case No. 4:24-cv-05826-HSG

LAURENCE JAY SHAW,
Plaintiff,

v.

EDWIN DARIO MANZANO GARCIA,
Defendant.

## DEFENDANT'S ANSWER AND COUNTERCLAIMS

Defendant, Edwin Dario Manzano Garcia, appearing Pro Se, respectfully submits this Answer to the Complaint filed by Plaintiff Laurence Jay Shaw, and asserts Counterclaims as follows:

## ANSWER TO COMPLAINT

Defendant denies each and every allegation contained in Plaintiff's Complaint except as expressly admitted herein.

## AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim upon which relief can be granted.

2. Defendant is the rightful owner of the copyrighted works in question.

3. Plaintiff's claims are barred by misuse of the Digital Millennium Copyright Act (DMCA).

4. Plaintiff has suffered no cognizable damages.

5. Plaintiff's claims are barred by the doctrine of unclean hands.

**COUNTERCLAIMS**

1. Copyright Infringement: Defendant is the owner of United States Copyright Registration No. VA0002449177 (Logo, effective Feb. 19, 2025) and No. TX 9-369-687 (Website Content and Images, effective Mar. 6, 2024). Plaintiff has infringed these works by reproducing, distributing, and using them without authorization.

2. Misrepresentation Under DMCA (17 U.S.C. § 512(f)): Plaintiff knowingly submitted false DMCA notices to Shopify to cripple Defendant's business.

3. Tortious Interference with Business: Plaintiff's wrongful actions have caused loss of revenue, customer trust, and damage to Defendant's commercial relationships.

4. Declaratory Judgment: Defendant seeks a declaration that he is the rightful owner of the copyrighted materials and that Plaintiff has no lawful claim.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant respectfully requests that this Court:
a. Dismiss Plaintiff's Complaint in its entirety;
b. Enter judgment in favor of Defendant on all Counterclaims;
c. Award Defendant damages in an amount to be proven at trial;
d. Issue declaratory relief confirming Defendant's ownership rights;
e. Award Defendant costs, fees, and such other relief as the Court deems just and proper.


Dated: August 18, 2025


Respectfully submitted,


/s/ Edwin Dario Manzano Garcia
Edwin Dario Manzano Garcia, Pro Se
Defendant