Laurence Jay Shaw
99 Yosemite Road
San Rafael, CA 94903
(415) 812-6203
larry@knightsbridgedualband.com

*Pro se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE JAY SHAW, an individual, | Case No. 4:24-cv-05826-HSG |
| Plaintiff, | |
| v. | |
| EDWIN DARIO MANZANO GARCIA, an individual, a/k/a EDWIN MANZONI; KNIGHTSBRIDGE SLEEP SOLUTIONS LLC, a New Mexico corporation; and VERONICA ROSIBEL MANZANO GARCIA, an individual, | **NOTICE REGARDING SUBMITTED MATTERS UNDER LOCAL RULE 7-13** |
| Defendants. | |

Pursuant to Local Rule 7-13, I bring to the Court's attention that my Motion for Default Judgment (Dkt. No. 58) against the second defendant (the "Counterfeit LLC") filed on March 11, 2025 has been pending for more than one hundred twenty (120) days without ruling.  The motion was supported by comprehensive documentation and appears ready for ruling without further briefing or argument.  I therefore request that the Court rule on the motion, in whole or in part, or schedule a hearing for further consideration of the matter.

It is further noted that the Motion for Default Judgment arises in a racketeering case involving counterfeiting utilizing my business name (my ownership of which is a matter of public record), my copyrights (including depictions of me), and my federally registered trademarks, and since entry of default:

1.  The counterfeiting by the Counterfeit LLC utilizing intellectual properties subject to the pending Motion for Default Judgment continues;

2.  First defendant ("Mr. Garcia"), who controls and operates the Counterfeit LLC, has taken active steps to circumvent legal remedy (such as Digital Millennium Copyright Act takedowns) for unlawful use by the Counterfeit LLC of intellectual properties subject to the pending Motion for Default Judgment (*see* Dkt. No. 70, §6, ¶ 6); and

3.  Mr. Garcia, including via use of the identity of the Counterfeit LLC (*see* Dkt. No. 52), has continued to engage in unlawful sabotage of my operations, including via fraudulent claims of ownership of intellectual properties subject to the pending Motion for Default Judgment (*see* Dkt. Nos. 52, 54, 66).

Given the harm inflicted by counterfeiting by a lawless and dedicated single-target racketeering organization and the benefit which a court order would provide, I respectfully urge the Court to prioritize this matter.

Furthermore pursuant to Local Rule 7-13, I bring to the Court's attention that my Motion for Reissuance of Letters Rogatory for Service of Process on Defendants Edwin Dario Manzano Garcia and Veronica Rosibel Manzano Garcia (Dkt. No. 56) filed on February 20, 2025 has been pending for more than one hundred twenty (120) days without ruling.  It is noted that claims against the Guatemala-residing defendants, in addition to the unlawful activities listed in the section above, include acts of unlawful access, theft, and sabotage.  I request that the Court rule on these pending motions, in whole or in part, or schedule a hearing for further consideration of the matter.

1

NOTICE REGARDING SUBMITTED MATTERS UNDER LOCAL RULE 7-13
(CASE NO. 4:24-CV-05826-HSG) – JUDGE HAYWOOD S. GILLIAM, JR.

1
2
3   I declare under penalty of perjury under the laws of the United States of America that the
4   foregoing is true and correct.
5   Date: September 11, 2025                    /Laurence Jay Shaw/                    .
                                                Laurence Jay Shaw
6                                               Plaintiff, *pro se*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28