UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Laurence Jay Shaw,**
Plaintiff,

v.

**Edwin Dario Manzano Garcia, an individual, a/k/a Edwin Manzoni; Knightsbridge Sleep Solutions LLC, a New Mexico corporation; and Veronica Rosibel Manzano Garcia, an individual,**
Defendants.

Case No. 4:24-cv-05826-HSG

**DEFENDANT EDWIN DARIO MANZANO GARCIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER FINDING PROPER SERVICE OF PROCESS ON DEFENDANT KNIGHTSBRIDGE SLEEP SOLUTIONS LLC VIA ELECTRONIC SERVICE**

**I. INTRODUCTION**

Plaintiff improperly seeks to deem Knightsbridge Sleep Solutions LLC served via CM/ECF based on filings made by Defendant Edwin Dario Manzano Garcia in his individual pro se capacity. This motion conflates Mr. Garcia's individual participation with representation of the LLC and attempts to establish electronic service without prior court authorization. It should be denied.

**II. ARGUMENT**

**A. Pro Se Litigants Cannot Represent LLCs**

It is well established that LLCs may appear in federal court only through licensed counsel. As a pro se individual, Mr. Garcia cannot represent Knightsbridge. Any filings mentioning Knightsbridge cannot be treated as a waiver of service or appearance by the LLC.

**B. Electronic Service Requires Court Authorization**

Rule 4(h) requires service on a corporation or LLC by delivery of the summons and complaint to an officer or registered agent, or in accordance with state law. Electronic service is permitted only when specifically authorized by the court upon motion. Plaintiff seeks retroactive authorization without proper grounds.

### C. Due Process Requires Proper Service

Due process requires proper notice and service. Plaintiff's service attempts were defective, and improper service cannot be cured retroactively by pointing to unrelated filings of an individual defendant.

### III. CONCLUSION

For these reasons, Plaintiff's motion should be denied. Plaintiff has not properly served Knightsbridge Sleep Solutions LLC under Rule 4, and service via CM/ECF cannot be imposed retroactively without prior court order.

Respectfully submitted,

Dated: September 30, 2025

/s/ Edwin Dario Manzano Garcia

Edwin Dario Manzano Garcia, Pro Se

Defendant (individual)