United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURENCE JAY SHAW,

         Plaintiff,

    v.

EDWIN DARIO MANZANO GARCIA, et al.,

         Defendants.

Case No. 24-cv-05826-HSG

**ORDER REGARDING SERIAL FILINGS**

Over the last several days Plaintiff Laurence Jay Shaw and Defendant Edwin Dario Manzano Garcia have filed serial affidavits and declarations on the docket. *See* Dkt. Nos. 76, 77, 78. These filings are not associated with any motion or stipulation. Instead, the parties each appear to be using these filings to claim that he is the rightful owner of the intellectual property and business at issue in this case. This is improper and must stop now. The Court recognizes that the parties are pro se, but they still are required to comply with the Federal Rules of Civil Procedure and the rules of this Court. There is a case management conference scheduled on November 4, 2025, at 2:00 p.m. At that time, the Court will discuss with the parties how to move this case forward, including the appropriate process for resolving their key factual and legal disputes. In the meantime, the parties shall file their individual case management statements by October 28, 2025, as previously directed. They must not, however, file any additional documents before the case management conference.

    **IT IS SO ORDERED.**

Dated: October 20, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge