UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE JAY SHAW, | Case No. 24-cv-05826-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| EDWIN DARIO MANZANO GARCIA, et al., | |
| Defendants. | |

A case management conference was held on November 4, 2025. Having considered the parties' proposals, *see* Dkt. No. 80 & 82, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | January 5, 2026 |
| Close of Fact Discovery | May 29, 2026 |
| Exchange of Opening Expert Reports | June 22, 2026 |
| Exchange of Rebuttal Expert Reports | July 20, 2026 |
| Close of Expert Discovery | August 10, 2026 |
| Dispositive Motion Filing Deadline | September 17, 2026 |
| Dispositive Motion Hearing Deadline | October 22, 2026, at 2:00 p.m. |
| Pretrial Conference | January 19, 2027, at 3:00 p.m. |
| Bench Trial (4 days) | February 1, 2027, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 11/5/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge