United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURENCE JAY SHAW,

Plaintiff,

v.

EDWIN DARIO MANZANO GARCIA, et al.,

Defendants.

Case No.  24-cv-05826-HSG

**ORDER REFERRING CASE FOR MEDIATION**

Pursuant to ADR Local Rule 2-3, the Court refers this action to the Alternative Dispute Resolution (ADR) Unit for panel mediation to take place within 120 days.

**IT IS SO ORDERED.**

Dated:  5/6/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge