Laurence Jay Shaw
99 Yosemite Road
San Rafael, CA 94903
(415) 812-6203
larry@knightsbridgedualband.com

*Pro se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LAURENCE JAY SHAW, an individual, | ) Case No. 4:24-cv-05826-HSG ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| EDWIN DARIO MANZANO GARCIA, an individual, a/k/a EDWIN MANZONI; KNIGHTSBRIDGE SLEEP SOLUTIONS LLC, a New Mexico corporation; and VERONICA ROSIBEL MANZANO GARCIA, an individual, | ) ) **PLAINTIFF'S STATUS UPDATE AND** ) **REMINDER IN SUPPORT OF** ) **ADMINISTRATIVE MOTION TO EXTEND** ) **CLOSE OF FACT DISCOVERY** ) |
| Defendants. | ) ) |

I, Plaintiff Laurence Jay Shaw, respectfully submit this brief status update to remind the Court of the impending close of fact discovery, currently set for May 29, 2026, and to renew my pending request set forth in my Administrative Motion to Extend Close of Fact Discovery (Dkt. No. 153) for a 63-day extension of the fact discovery deadline and a corresponding shift of subsequent deadlines and the trial date.

As of the date of this filing, fact discovery will close in four days. I provide the following itemized account of the status of all third-party subpoenas to demonstrate that fact discovery is ongoing and cannot be completed under the current deadline.

I.  Subpoenas Served and Current Statuses

I have to-date served the following third-party subpoenas.  The current status of each is set forth in the table below:

| Subpoenaed Entity & Date Served | Subject | Status |
|---|---|---|
| Walmart.com (first subpoena)<br><br>Feb. 18, 2026 | Identity theft. | Production received.  Results described in Dkt. No. 139 --identity spoofing using Shaw's name and street address. |
| Google LLC<br><br>Ap. 13, 2026 | Recovery of destroyed evidence, misappropriation of Knightsbridge and outside business email accounts, fraudulent DMCA takedowns, and identity theft. | Counsel for Google awaits the Court's ruling on Mr. Garcia's first motion to quash (Dkt. No. 145).  Briefing complete (Dkt. Nos. 147, 148, 150, 151). |
| Walmart.com (second subpoena)<br><br>May 6, 2026 | Damages, identity verification documents involved in identity theft, financial institutions utilized in money laundering. | Telephonic meet and confer with Walmart counsel scheduled for May 29, 2026.<br><br>Walmart counsel has indicated full production will require the Court's ruling on Mr. Garcia's second motion to quash (Dkt. No. 154). |
| Amazon (first subpoena)<br><br>May 6, 2026 | Damages, identity verification documents involved in identity theft, financial institutions utilized in money laundering. | Responding. |

1

| | | |
|---|---|---|
| Shopify<br><br>May 12, 2026 | Damages, financial institutions involved in money laundering, | Possibly served improperly.  Follow-up via Shopify's online portal for information requests submitted 5/22/26.  Awaiting response. |
| CPAP Store USA<br><br>May 13, 2026 | Damages, financial institutions involved in money laundering. | No response received as of the date of this filing. May require motion to compel (see Section III below). |
| Sleeplay<br><br>May 13, 2026 | Damages, financial institutions utilized in money laundering, damages. | Responding. |
| Trustpilot<br><br>May 15, 2026 | Identity theft, financial institutions utilized in money laundering. | Responding. |
| P.O. Plus<br><br>May 19, 2026 | San Francisco address used in fraudulent Copyright Claims Board filing | Spoke with owner in person.  Preliminary review of records does not reflect an account associated with Mr. Garcia. |
| Shopify (second subpoena)<br><br>May 21, 2026 | Successful circumvention of Shopify takedown, possible identity theft. | Possibly served improperly.  Follow-up via Shopify's online portal for information requests submitted 5/22/26.  Awaiting response. |
| Amazon (second subpoena)<br><br>May 22, 2026 | Recent (on or around May 19, 2026) attempted circumvention of Amazon takedown via identity theft. | Awaiting response. |

As the foregoing reflects, the majority of these subpoenas remain in progress.  Several responding entities have not yet completed production, and the Google subpoena and second Walmart cannot be productive until the Court rules on Mr. Garcia's pending motion to quash.  None of those matters can be brought to completion before the May 29, 2026 deadline.

II.  Subpoenas that Remain to be Served

Should the requested extension be granted, the following additional third-party subpoenas remain to be served. These were identified in my underlying motion (Dkt. No. 153) and remain necessary to ascertain the full extent of Mr. Garcia's unlawful activities:

   (i)  International carriers utilized (as determined by pending subpoenas to Shopify, CPAP Store

2

USA, and Sleeplay) to determine whether at least $5,000 of the stolen inventory (see Amended Complaint ¶ 42) was transported into the United States as opposed to other countries, as relevant to Claim 14;

(ii) Domestic financial institutions utilized, as determined by pending subpoenas, to determine Guatemalan financial institutions involved in money laundering, as relevant to Claim 15;

(iii)  Domain registrars for account-history records of unlawfully accessed and misappropriated domain names knightsbridgesleep.com and outside business domain names integralpatent.com, astrojax.com, as relevant to Claim 6, ¶ 5 and Claim 7, ¶¶ 3-6;

(iv) The Better Business Bureau with regards to a "Knightsbridge Sleep Solutions LLC" account utilizing the 94114 zip code for identity spoofing, as relevant to a proposed claim for identity theft; and

(v)  Financial institutions, as determined by pending subpoenas, to determine whether and how Mr. Garcia has utilized or attempted to utilize Shaw's personal identifying information, thereby threatening Shaw's financial security.

III.  Subpoena that May Require a Motion to Compel

As of the date of this filing, CPAP Store USA (served May 13, 2026) has not responded to its subpoena.  If CPAP Store USA continues to fail to respond, I anticipate that a motion to compel will be necessary.  Such a motion cannot be briefed and resolved before May 29, 2026.

IV.  Subpoenas Based on Recent Additional Acts of Identity Theft

The second subpoena to Shopify seeks information based on a recent circumvention of Shopify's termination of services.  The second subpoena to Amazon seeks information based on an attempted circumvention of Amazon's termination of services utilizing my identifying information on or around May 19, 2026.

V.  Conclusion

For the reasons set forth above and in my underlying Administrative Motion (Dkt. No. 153),

3

I respectfully remind the Court of the May 29, 2026 close of fact discovery and renew my request for a 63-day extension of that deadline, together with a corresponding shift of all subsequent deadlines and the trial date. Fact discovery is plainly ongoing: multiple subpoenas remain in production, one is stalled awaiting this Court's ruling, at least one appears to require a motion to compel, and several necessary subpoenas remain to be served. I would suffer substantial prejudice if fact discovery were to close while these matters remain unresolved.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 25, 2026                          By:  /Laurence Jay Shaw/
                                                  Laurence Jay Shaw
                                                  Plaintiff, pro se

CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Mr. Garcia, who is registered with the CM/ECF system for this action.

Date: May 25, 2026                           /Laurence Jay Shaw/            .
                                             Laurence Jay Shaw
                                             Plaintiff *pro se*

4