UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURENCE JAY SHAW,

Plaintiff,

v.

EDWIN DARIO MANZANO GARCIA, et al.,

Defendants.

Case No. 24-cv-05826-HSG

**AMENDED SCHEDULING ORDER**

Having considered Plaintiff Laurence Jay Shaw's status report and administrative motion to extend the close of fact discovery, Dkt. Nos. 174 and 175, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | October 16, 2026 |
| Exchange of Opening Expert Reports | November 6, 2026 |
| Exchange of Rebuttal Expert Reports | November 20, 2026 |
| Close of Expert Discovery | December 11, 2026 |
| Dispositive Motion Filing Deadline | January 4, 2027 |
| Dispositive Motion Hearing Deadline | February 18, 2027, at 2:00 p.m. |
| Pretrial Conference | May 25, 2027, at 3:00 p.m. |
| Bench Trial (4 days) | June 14, 2027, at 8:30 a.m. |

//

//

//

//

United States District Court
Northern District of California

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. The Court is highly unlikely to extend discovery—or the rest of the case schedule—any further, so both parties should proceed with utmost diligence on the assumption that this schedule is final. This terminates Dkt. No. 175.

**IT IS SO ORDERED.**

Dated: 8/11/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge